IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GEORGE FRANKLIN YOUNG,**

    *Petitioner*,

v.                                                      Case No.:  4:23cv12-MW/MJF

**RICKY D. DIXON,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating "The petition for writ of habeas corpus, Doc. 1, challenging the judgment of conviction and sentence in *State of Florida v. George Franklin Young a/k/a George Franklin Young, Jr.*, Alachua County Circuit Court Case No. 2015-CF-000885, is **DISMISSED WITH**

**PREJUDICE** as time-barred." The Clerk shall close the file.

**SO ORDERED on July 6, 2023.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**